DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CALVIN K. WILSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1994

_____

February 7, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Calvin K. Wilson, pro se.

PER CURIAM.

     Affirmed.

KELLY, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.